AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 10948939

**RECEIVED**
By USMS District of Columbia District Court at 9:09 am, Oct 24, 2024

United States of America
v.
EHREN FLUELLYN

*Defendant*

Case: 1:24-cr-00474
Assigned to: Judge AliKhan, Loren L.
Assign Date: 10/23/2024
Description: INDICTMENT (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   EHREN FLUELLYN
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
  Indictment alleges violations of 18 U.S.C. § 242 (Deprivation of Rights Under Color of Law)

Date: 10/23/2024

*Issuing officer's signature*

City and state:  Washington, D.C.         ZIA M. FARUQUI, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/24/24, and the person was arrested on *(date)* 10/30/24
at *(city and state)* Washington, DC.

Date: 10/30/24

*Arresting officer's signature*

megan Kirn   DUSM
*Printed name and title*